UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 3 0 2008
Clerk, U.S. District and
Bankruptcy Courts

ERIC CROCKETT,              )
                            )
    Plaintiff,              )
                            )
v.                          )   Civil Action No.   08 1142
                            )
JAMES PEAKE, Secretary,     )
Department of Veterans Affairs, )
                            )
    Defendant.              )

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the case is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE: 6/20/2008

_____
United States District Judge